UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVIN JOHNATHAN COLLINS,<br>Petitioner,<br>v.<br>J. HENLEY,<br>Respondent. | Case No. 3:26-cv-00503-MMD-CSD<br>EXTENSION ORDER |

Petitioner Melvin Johnathan Collins has filed an unopposed motion for a 25-day extension of time to file his amended petition. (ECF No. 10 (“Motion”).) This is Collins’s first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 10) is granted. Collins has up to and including November 30, 2026, to file his amended petition.

DATED THIS 10th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE